**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Michael Keith Averill, Jr., on behalf of himself and all others similarly situated, Plaintiffs,<br><br>v.<br><br>Enterprise Rent-A-Car Company, Defendant. | Case Number:<br><br>FILED: JULY 23, 2008<br>08CV4191<br>JUDGE MANNING<br>MAGISTRATE JUDGE MASON<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael Keith Averill Jr., on behalf of himself and all others similarly situated, Plaintiffs.

| |
|---|
| NAME (Type or print)<br>Marion Victoria Cruz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Marion V. Cruz |
| FIRM<br>Cochran, Cherry, Givens, Smith & Montgomery, LLC |
| STREET ADDRESS<br>1 N. La Salle Street, Suite 2450 |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6289291 | TELEPHONE NUMBER<br>(312) 977-0200 Fax (312) 977-0209 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐