## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Michael Keith Averill Jr., on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 08CV4191 |
| v. | ) ) | |
| Enterprise Rent-A-Car Company, | ) ) ) | COLLECTIVE ACTION |
| Defendant, | ) ) ) | CLASS ACTION |

### NOTICE OF FILING ADDITIONAL NOTICES OF CONSENT TO JOIN

Plaintiff, MICHAEL KEITH AVERILL JR., gives notice of filing the attached Notices of Consent to Join executed by similarly situated employees to Plaintiff, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above-captioned lawsuit.

The Opt-in Plaintiffs names and work locations are as follows:

| | |
|---|---|
| Greg Winget | Arizona Office |
| David Urias | Arizona Office |
| Fernando Quan | Arizona Office |
| James Ryan Meetze | Arizona Office |
| Constance Powell | Florida Office |
| Christopher Price | Florida Office |
| Roger Seepaul | Florida Office |
| Malcolm Jones | Florida Office |
| Jeris Evans | Florida Office |
| Chandler Tice | Illinois Office |
| Emily McDermott | Illinois Office |
| Frasel Edwards | Mississippi Office |
| Art Garland | Nevada Office |
| Mehmet Koksal | Nevada Office |
| Patrick Mitchell | Nevada Office |
| Shawn Modiri | Nevada Office |
| Douglas Rief II | Nevada Office |
| Mathew Wagner | Nevada Office |

Braden McCuaig         New Mexico and Texas Offices
Brian Wise             North Carolina Office
Jennifer Lubas         Texas Office
Laura Loppnow          Wisconsin and Nevada Offices


Dated:  August 4, 2008             Respectfully submitted,

                                   s/ Marion Cruz
                                   **One of Plaintiffs' Attorneys**
                                   **Marion Victoria Cruz ID No. 6289291**
                                   **COCHRAN, CHERRY, GIVENS, SMITH &**
                                   **MONTGOMERY, LLC**
                                   **1 N. La Salle Street, Suite 2450**
                                   **Chicago, Illinois 60602**
                                   **(312) 977-0200 Phone**
                                   **(312) 977-0209 Fax**


        – and –


**SEEKING PRO HAC VICE ADDMITANCE**
ROBERT J. CAMP
**THE COCHRAN FIRM, P.C.**
505 North 20th Street, Suite 825
Birmingham, AL  35203
(205) 244-1115 (Phone)
(205) 244-1171 (Fax)


        – and –


**SEEKING PRO HAC VICE ADDMITANCE**
ALLEN SCHREIBER
MARK PETRO
**SCHREIBER & PETRO, P.C.**
2 Metroplex Drive, Suite 250
Birmingham, AL  35209
(205) 871-5080 (Phone)
(205) 879-6960 (Fax)


*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Marion V. Cruz, an attorney, hereby certify that on August 4, 2008, I electronically

filed the foregoing with the Clerk of the District Court using the CM/ECF system and caused to

be served a notification of such filing to the following, by depositing in the U.S. mail box at 1 N.

La Salle Street, Chicago, Illinois, 60602, postage prepaid on August 4, 2008 before 5:00 p.m.:

**Registered Agent of Defendant,**
**Enterprise Rent-A-Car Company**
**CT Corporation System**
**120 S. Central Avenue**
**St. Louis, MO 63105**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Greg Winget_ states the following:
[Print Name]

1.    I am over 18 years of age and competant to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Enterprise Rent-A- Car
[Employer]
at the facility located in _(tempe/chandln) arizona_ I worked at this
[City/State]
location from _4-1-05_ to _7-31-06_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover unpaid compensation and overtime. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _5th_ day of _May_ , 2007

_Greg Winget_                    _[signature]_
[PRINT NAME]                    [SIGN NAME]

_1502 E Vorten Dr._              _tempe    Az    85282_
[PRINT STREET ADDRESS]          [PRINT CITY, STATE, ZIP CODE]

_217-257-1873_                   _480-221-3478_
[PRINT CELL PHONE NUMBER]        [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

DAVID URIAS _____ states the following:
[Print Name]

1. I am over 18 years of age and competant to give the following consent in this matter.

2. I am currently, or was formerly, employed by Enterprise Rent-A- Car
[Employer]
at the facility located in PHOENIX  ARIZONA . I worked at this
[City/State]
location from MARCH 1st 2004 to October 31st 2006
[Date]                      [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover unpaid compensation and overtime related to my misclassification as an overtime exempt employee. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit or any other lawsuit arising out of this litigation. I agree to be bound by any decision or settlement of my case.

   I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit and if need be, consent to be a named plaintiff.

   I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 25th day of JUNE , 2008

David J. Urias _____            _____
[PRINT NAME]                          [SIGN NAME]

10115 E. MOUNTAIN VIEW RD #2030    SCOTTSDALE  AZ. 85258
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

602 721 9056 _____           602 295 3971 _____
[PRINT CELL PHONE NUMBER]           [PRINT HOME PHONE NUMBER]

7129 _____
[LAST 4 DIGITS OF SSN#]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Fernando Quan _____ states the following:
[Print Name]

1.    I am over 18 years of age and competant to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Enterprise Rent-A- Car
[Employer]
at the facility located in _Phoenix, AZ_____. I worked at this
[City/State]
location from _6/2005_____ to _7/2007_____.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover unpaid compensation and overtime related to my misclassification as an overtime exempt employee. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit or any other lawsuit arising out of this litigation. I agree to be bound by any decision or settlement of my case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit and if need be, consent to be a named plaintiff.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _25_ day of _June_____, 2008

_Fernando Quan_____          _Derb_____
[PRINT NAME]                   [SIGN NAME]

_11259 E Via Linda #100-196_  _Scottsdale, AZ 85259_
[PRINT STREET ADDRESS]         [PRINT CITY, STATE, ZIP CODE]

_602-721-7532_____           _602-501-1866_____
[PRINT CELL PHONE NUMBER]      [PRINT HOME PHONE NUMBER]

_6784_____
[LAST 4 DIGITS OF SSN#]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_James Ryan Meetze_ states the following:
[Print Name]

1.    I am over 18 years of age and competant to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Enterprise Rent-A- Car
[Employer]

at the facility located in _Mesa, PHX, Scottsdale AZ_ . I worked at this
[City/State]

location from _01/05_ to _12/07_ .
[Date]                          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover unpaid compensation and overtime related to my misclassification as an overtime exempt employee. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit or any other lawsuit arising out of this litigation. I agree to be bound by any decision or settlement of my case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit and if need be, consent to be a named plaintiff.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _23_ day of _July_ , 2008

_James Ryan Meetze_
[PRINT NAME]

_____
[SIGN NAME]

_4327 N 78th St #E314_
[PRINT STREET ADDRESS]

_Scottsdale AZ 85251_
[PRINT CITY, STATE, ZIP CODE]

_480-350-0835_
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

_9896_
[LAST 4 DIGITS OF SSN#]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Constance Powell_ states the following:
[Print Name]

1.    I am over 18 years of age and competant to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Enterprise Rent-A- Car
      at the facility located in _Lauderdale Lakes, Fla_ [Employer] I worked at this
      [City/State]
      location from _May 10, 2005_ to _March 10, 2008_.
      [Date]                      [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover unpaid compensation and overtime.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

       I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

       I swear or affirm that the foregoing Statements are true to the best of my knowledge.

       DATED the _____ day of _____, 2007 8

_Constance Powell_
[PRINT NAME]

_P.O. BX 190202_
[PRINT STREET ADDRESS]

_954-548-9694_
[PRINT CELL PHONE NUMBER]

_Constance Powell_
[SIGN NAME]

_Fort Lauderdale, Florida 33319_
[PRINT CITY, STATE, ZIP CODE]

_954-533-1500_
[PRINT HOME PHONE NUMBER]

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_CHRISTOPHER PRICE_ states the following:
[Print Name]

1.   I am over 18 years of age and competant to give the following consent in this matter.

2.   I am currently, or was formerly, employed by Enterprise Rent-A- Car
     [Employer]
     at the facility located in _Panama City, FL_ . I worked at this
     [City/State]
     location from ___3/1/04___  to  _PRESENT_ .
     [Date]                         [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover unpaid compensation and overtime. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the _22nd_ day of _April_ , 2008

_CHRISTOPHER PRICE_                    _[signature]_
[PRINT NAME]                           [SIGN NAME]

_812 MICHIGAN AVE_                     _LYNN HAVEN, FL 32444_
[PRINT STREET ADDRESS]                 [PRINT CITY, STATE, ZIP CODE]

_850.960-3041_                         _850. 960-3041_
[PRINT CELL PHONE NUMBER]              [PRINT HOME PHONE NUMBER]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Roger T. Seepaul_ states the following:
[Print Name]

1.    I am over 18 years of age and competant to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Enterprise Rent-A- Car
      [Employer]
      at the facility located in _Lauderhill  Coral Springs FL_. I worked at this
      [City/State]
      location from _May 2005_ to _December 2007_.
      [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover unpaid compensation and overtime related to my misclassification as an overtime exempt employee.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit and if need be, consent to be a named plaintiff.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the _9th_ day of _April_, 2008

_Roger Seepaul._                    _Roger Seepaul_
[PRINT NAME]                        [SIGN NAME]

_2230 Sw 44th Terr_                 _Fort Lauderdale FL 33317_
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

_954-536-2814_                      _954-536-2816_
[PRINT CELL PHONE NUMBER]           [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Malcolm Jones _____ states the following:
[Print Name]

1. I am over 18 years of age and competant to give the following consent in this matter.

2. I am currently, or was formerly, employed by Enterprise Rent-A- Car
   [Employer]
   at the facility located in Lauderhill Florida _____ . I worked at this
   [City/State]
   location from 4 | 2005 to 6 | 2007 .
   [Date]          [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover unpaid compensation and overtime related to my misclassification as an overtime exempt employee. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit or any other lawsuit arising out of this litigation. I agree to be bound by any decision or settlement of my case.

   I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit and if need be, consent to be a named plaintiff.

   I swear or affirm that the foregoing Statements are true to the best of my knowledge.

   DATED the 23 day of May , 2008

Malcolm Jones _____         Malcolm Jones _____
[PRINT NAME]                   [SIGN NAME]

6691 Ski piper terrace         Margate, Florida 33063
[PRINT STREET ADDRESS]         [PRINT CITY, STATE, ZIP CODE]

954-854 7631                   954-933-1456
[PRINT CELL PHONE NUMBER]      [PRINT HOME PHONE NUMBER]

1144 _____
[LAST 4 DIGITS OF SSN#]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Jerris A. Evans_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Enterprise Rent-A- Car
[Employer]
at the facility located in _Ft.Laud, FL._. I worked at this
[City/State]
location from _3/18/08_ to _3/18/08_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover unpaid compensation and overtime related to my misclassification as an overtime exempt employee. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit and if need be, consent to be a named plaintiff.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____ day of _____, 2008

_Jerris A. Evans_                _Jan Q. Em._
[PRINT NAME]                      [SIGN NAME]

_188 0 NW 25th Ave._              _Fort Laud FL 33311_
[PRINT STREET ADDRESS]            [PRINT CITY, STATE, ZIP CODE]

*_(754) 224-9775_                 _(954) 733-3210_
[PRINT CELL PHONE NUMBER]         [PRINT HOME PHONE NUMBER]

### CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

*Chandler Tice* _____ states the following:
[Print Name]

1.    I am over 18 years of age and competant to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Enterprise Rent-A- Car
[Employer]
at the facility located in _*Chicago Illinois*_ . I worked at this
[City/State]
location from _*12/2000*_ to _*2-2005*_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover unpaid compensation and overtime related to my misclassification as an overtime exempt employee. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit or any other lawsuit arising out of this litigation. I agree to be bound by any decision or settlement of my case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit and if need be, consent to be a named plaintiff.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _16_ day of _May_ , 2008

_Chandler Tice_ _____
[PRINT NAME]

_____
[SIGN NAME]

_3010 SW 40th_ _____
[PRINT STREET ADDRESS]

_Des Moines IA 50321_
[PRINT CITY, STATE, ZIP CODE]

_515-974-9355_ _____
[PRINT CELL PHONE NUMBER]

_515-339-7842_
[PRINT HOME PHONE NUMBER]

_2332_ _____
[LAST 4 DIGITS OF SSN#]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Emily McDermott_ states the following:
[Print Name]

1.    I am over 18 years of age and competant to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Enterprise Rent-A- Car
      [Employer]
      at the facility located in _Schaumburg IL_ . I worked at this
      [City/State]
      location from _Jan 2005_ to _Nov 2007_ .
      [Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover unpaid compensation and overtime related to my misclassification as an overtime exempt employee. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit or any other lawsuit arising out of this litigation. I agree to be bound by any decision or settlement of my case.

      I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit and if need be, consent to be a named plaintiff.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the _23rd_ day of _May_ , 2008

_Emily McDermott_                    _[signature]_
[PRINT NAME]                         [SIGN NAME]

_1012 N Plum Grove Rd_               _Schaumburg IL 60173_
[PRINT STREET ADDRESS] Apt 100       [PRINT CITY, STATE, ZIP CODE]

_X_                                  _224 805 3655_
[PRINT CELL PHONE NUMBER]            [PRINT HOME PHONE NUMBER]

_0299_
[LAST 4 DIGITS OF SSN#]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

Frasel Edwards states the following:
[Print Name]

1. I am over 18 years of age and competant to give the following consent in this matter.

2. I am currently, or was formerly, employed by Enterprise Rent-A- Car
   [Employer]
   at the facility located in Pascagoula, MS. I worked at this
   [City/State]
   location from Jan 2006 to November 2006.
   [Date]                  [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover unpaid compensation and overtime. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 15th day of April, 2007

Frasel Edwards
[PRINT NAME]

Frasel Edwards
[SIGN NAME]

313 Buron Ave (w)
[PRINT STREET ADDRESS]

Mobile AL 36609
[PRINT CITY, STATE, ZIP CODE]

251-554-9197
[PRINT CELL PHONE NUMBER]

251-341-3535
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

ART Garland       states the following:

[Print Name]

1. I am over 18 years of age and competant to give the following consent in this matter.

2. I am currently, or was formerly, employed by Enterprise Rent-A- Car

[Employer]

at the facility located in LAS Vegas, NV . I worked at this

[City/State]

location from 12/2005       to    12/2007       .

[Date]        [Date, or if still working write "present]

3. I understand that this suit is being brought to recover unpaid compensation and overtime related to my misclassification as an overtime exempt employee. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit or any other lawsuit arising out of this litigation. I agree to be bound by any decision or settlement of my case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit and if need be, consent to be a named plaintiff.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 15 day of MAY       , 2008

Arthur       Garland

[PRINT NAME]   [SIGN NAME]

arthur       Garland

[PRINT STREET ADDRESS] [PRINT CITY, STATE, ZIP CODE]

8975 w warm Springs rd #2009 Las Vegas, NV 89148

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

**MEHMET KAYHAN KOKSAL** states the following:
[Print Name]

1. I am over 18 years of age and competant to give the following consent in this matter.

2. I am currently, or was formerly, employed by Enterprise Rent-A- Car
[Employer]
at the facility located in _Las Vegas, NV_. I worked at this
[City/State]
location from _6-1999_ to _4-2007_.
[Date]                          [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover unpaid compensation and overtime related to my misclassification as an overtime exempt employee. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit or any other lawsuit arising out of this litigation. I agree to be bound by any decision or settlement of my case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit and if need be, consent to be a named plaintiff.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _16_ day of _May_, 2008

**MEHMET KAYHAN KOKSAL**
[PRINT NAME]

_[signature]_
[SIGN NAME]

_9753 Montclair Heights_
[PRINT STREET ADDRESS]

_Las Vegas, NV 89178_
[PRINT CITY, STATE, ZIP CODE]

_702-596-1982_
[PRINT CELL PHONE NUMBER]

_702-877-2961_
[PRINT HOME PHONE NUMBER]

_8262_
[LAST 4 DIGITS OF SSN#]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Patrick Mitchell_          states the following:
[Print Name]

1.    I am over 18 years of age and competant to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Enterprise Rent-A- Car
[Employer]

at the facility located in _Las Vegas Nevada_. I worked at this
[City/State]

location from _October 2002_ to _September 2007_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover unpaid compensation and overtime related to my misclassification as an overtime exempt employee. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit or any other lawsuit arising out of this litigation. I agree to be bound by any decision or settlement of my case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit and if need be, consent to be a named plaintiff.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _21_ day of _May_, 2008

_Patrick Mitchell_
[PRINT NAME]

_Patrick Mitchell_
[SIGN NAME]

_2913 Hot Cider_
[PRINT STREET ADDRESS]

_Las Vegas, Nevada 89031_
[PRINT CITY, STATE, ZIP CODE]

_702- 331 -1719_
[PRINT CELL PHONE NUMBER]

_702- 248-0210_
[PRINT HOME PHONE NUMBER]

_4934_
[LAST 4 DIGITS OF SSN#]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Shawn Modivi_ states the following:

[Print Name]

    1. I am over 18 years of age and competant to give the following consent in this matter.

    2. I am currently, or was formerly, employed by Enterprise Rent-A- Car

                        [Employer]

at the facility located in _Las Vegas, NV_ . I worked at this

                        [City/State]

location from _April 26, 2004_ to _April 08. 2008_ .

      [Date]        [Date, or if still working write "present"]

    3. I understand that this suit is being brought to recover unpaid compensation and overtime related to my misclassification as an overtime exempt employee. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

    4. I believe I have not been paid for all compensable time which I have worked, including overtime.

    5. I hereby consent and agree to be a plaintiff in this lawsuit or any other lawsuit arising out of this litigation. I agree to be bound by any decision or settlement of my case.

    I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit and if need be, consent to be a named plaintiff.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _05_ day of _15_ , 2008

_Shawn Modivi_

[PRINT NAME]   [SIGN NAME]

[PRINT STREET ADDRESS] [PRINT CITY, STATE, ZIP CODE]

_1053 Puerta Del Sol Dr. Las Vegas, NV 89138_

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Douglas D Rief II_ states the following:
[Print Name]

1.   I am over 18 years of age and competant to give the following consent in this matter.

2.   I am currently, or was formerly, employed by Enterprise Rent-A- Car
[Employer]
     at the facility located in _Las Vegas, Nevada_ . I worked at this
[City/State]
     location from _September 2002_ to _September 2003_ .
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover unpaid compensation and overtime related to my misclassification as an overtime exempt employee. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit and if need be, consent to be a named plaintiff.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _1_ day of _April_ , 2008

_Douglas D Rief II_                    _____
[PRINT NAME]                           [SIGN NAME]

_3905 Ida St_                          _Omaha, NE 68112_
[PRINT STREET ADDRESS]                 [PRINT CITY, STATE, ZIP CODE]

_402 516 2553_                         _____
[PRINT CELL PHONE NUMBER]              [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

___Matthew Vick___ states the following:
[Print Name]

1.    I am over 18 years of age and competant to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Enterprise Rent-A- Car
      [Employer]
      at the facility located in _Las Vegas / Nevada_ . I worked at this
      [City/State]
      location from _December 2001_ to _November 2006_ .
      [Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover unpaid compensation and overtime related to my misclassification as an overtime exempt employee. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit or any other lawsuit arising out of this litigation. I agree to be bound by any decision or settlement of my case.

      I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit and if need be, consent to be a named plaintiff.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the _26_ day of _June_ , 2008

_Matthew Vick_                          _Vick_
[PRINT NAME]                            [SIGN NAME]

_616 Esplanade #204_                    _Redondo Beach CA 90277_
[PRINT STREET ADDRESS]                  [PRINT CITY, STATE, ZIP CODE]

_702-239-1693_                          _310-792-0525_
[PRINT CELL PHONE NUMBER]               [PRINT HOME PHONE NUMBER]

_0485_
[LAST 4 DIGITS OF SSN#]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_MATTHEW WAGNER_ states the following:
[Print Name]

1.    I am over 18 years of age and competant to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Enterprise Rent-A-Car
       [Employer]
       at the facility located in _Las Vegas NV_ . I worked at this
                                 [City/State]
       location from _Jan 3, 2005_ to _Oct 16, 2007_ .
                     [Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover unpaid compensation and overtime related to my misclassification as an overtime exempt employee. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit or any other lawsuit arising out of this litigation. I agree to be bound by any decision or settlement of my case.

       I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit and if need be, consent to be a named plaintiff.

       I swear or affirm that the foregoing Statements are true to the best of my knowledge.

       DATED the _16_ day of _May_ , 2008.

_MATTHEW WAGNER_
[PRINT NAME]

_____
[SIGN NAME]

_7913 Copper Canyon Rd_
[PRINT STREET ADDRESS]

_Las Vegas, NV 89128_
[PRINT CITY, STATE, ZIP CODE]

_702, 328-6921_
[PRINT CELL PHONE NUMBER]

_702, 328-6921_
[PRINT HOME PHONE NUMBER]

_99 53_
[LAST 4 DIGITS OF SSN#]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_BRADEN McCUAIG_        states the following:
[Print Name]

1.   I am over 18 years of age and competant to give the following consent in this matter.

2.   I am currently, or was formerly, employed by Enterprise Rent-A- Car
     _SANTA FE, NM +_       [Employer]
     at the facility located in ___EL PASO, TX_____. I worked at this
                                [City/State]
     location from _FEB. 23 ~~MAR~~ 2005_ to _AUG. 5, 2007_____.
                   [Date]                [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover unpaid compensation and overtime related to my misclassification as an overtime exempt employee. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit and if need be, consent to be a named plaintiff.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the _27th_ day of _MARCH_____, 2008

_BRADEN McCUAIG_                    _[signature]_
[PRINT NAME]                        [SIGN NAME]

_1015 LOS JARDINES_                 _EL PASO, TX  79912_
[PRINT STREET ADDRESS]             [PRINT CITY, STATE, ZIP CODE]

_(915)261-9999_                     _(915) 845-3545_
[PRINT CELL PHONE NUMBER]          [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

___Brian Wise___ states the following:
[Print Name]

1.  I am over 18 years of age and competant to give the following consent in this matter.

2.  I am currently, or was formerly, employed by Enterprise Rent-A- Car
    [Employer]

    at the facility located in _____. I worked at this
    [City/State]

    location from __12/27/2005__ to __4/21/2008__.
    [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover unpaid compensation and overtime related to my misclassification as an overtime exempt employee. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit or any other lawsuit arising out of this litigation. I agree to be bound by any decision or settlement of my case.

    I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit and if need be, consent to be a named plaintiff.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __1st__ day of __June__, 2008

__Brian Wise__                        __Brian Wise__
[PRINT NAME]                          [SIGN NAME]

__3130 Hidden Pond Dr. Apt 207__      __Raleigh, NC, 27613__
[PRINT STREET ADDRESS]                [PRINT CITY, STATE, ZIP CODE]

__919-390-5887__                      __919-390-5887__
[PRINT CELL PHONE NUMBER]             [PRINT HOME PHONE NUMBER]

__6062__
[LAST 4 DIGITS OF SSN#]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Jennifer Anne Lubas_   states the following:
[Print Name]

1.   I am over 18 years of age and competant to give the following consent in this matter.

2.   I am currently, or was formerly, employed by Enterprise Rent-A- Car
[Employer]
at the facility located in   _EL Paso ,TX_   . I worked at this
[City/State]
location from   _9/04_   to   _3/07_   .
[Date]            [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover unpaid compensation and overtime.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the   _21_   day of   _April_   , 2008

_Jennifer Anne Lubas_
[PRINT NAME]

_4568 Rolling Stone_
[PRINT STREET ADDRESS]

_(915) 240-5350_
[PRINT CELL PHONE NUMBER]

_[signature]_
[SIGN NAME]

_EL Paso, TX  79924_
[PRINT CITY, STATE, ZIP CODE]

_(915) 219-5163_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Laura Loppnow_  states the following:
[Print Name]

1.   I am over 18 years of age and competant to give the following consent in this matter.

2.   I am currently, or was formerly, employed by Enterprise Rent-A- Car
     [Employer]
     at the facility located in _Milwaukee, WI +_ . I worked at this
                               [City/State] _Las Vegas, NV_
     location from _10/2002_ to _2/2007_ .
                    [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover unpaid compensation and overtime related to my misclassification as an overtime exempt employee.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit or any other lawsuit arising out of this litigation.  I agree to be bound by any decision or settlement of my case.

     I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit and if need be, consent to be a named plaintiff.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the _10_ day of _June_ , 2008

_Laura Loppnow_                    _Laura Loppnow_
[PRINT NAME]                       [SIGN NAME]

_344 Casselino Dr._                _San Jose, CA  95136_
[PRINT STREET ADDRESS]             [PRINT CITY, STATE, ZIP CODE]

_414-759-5663_                     _414-759-5663_
[PRINT CELL PHONE NUMBER]          [PRINT HOME PHONE NUMBER]

_3127_
[LAST 4 DIGITS OF SSN#]